IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LAMAR BALL,

    Plaintiff,

  v.

M. E. SPEARMAN, et al.,

    Defendants.

                                        /

No. C 13-01483 SBA (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal,

IT IS HEREBY ORDERED THAT judgment entered in favor of Defendants.

DATED:  4/18/2014

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\CR.13\Ball.1483.jud.frm